TONIA OUELLETTE KLAUSNER (pending *pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: tklausner@wsgr.com

SARA L. TOLBERT, State Bar No. 300945
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: stolbert@wsgr.com

Attorneys for Defendant
DONOTPAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW HUFNUS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DONOTPAY, INC., a Delaware Corporation<br><br>Defendant. | CASE NO.: 3:20-cv-08701-VC<br><br>**DEFENDANT DONOTPAY, INC.'S CERTIFICATE OF INTERESTED PARTIES PURSUANT TO FED. R. CIV. P. 7.1 AND CIV. L.R. 3-15**<br><br>**Judge: Hon. Vince Chhabria** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant DoNotPay, Inc. discloses that it does not have any parent corporation or any publicly held corporation owning 10% or more of its stock.

Pursuant to Civil L.R. 3-15, the undersigned discloses the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities that (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. AH Capital Management, LLC ("a16z")
2. Coatue Management, LLC

Dated: January 7, 2021

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s Sara L. Tolbert
    Sara L. Tolbert
    stolbert@wsgr.com

Attorneys for Defendant
DONOTPAY, INC.