UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW HUFNUS, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DONOTPAY, INC., a Delaware Corporation<br><br>　　　　　Defendant. | CASE NO.:  3:20-cv-08701-VC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT DONOTPAY, INC.'S MOTION TO STAY**<br><br>**Judge:  Hon. Vince Chhabria**<br><br>**Complaint Filed: December 9, 2020** |

Defendant DONOTPAY, INC.'s Motion to Stay came on for hearing on February 25, 2021.  Having considered the papers filed in support of and opposition to said Motion, the argument of counsel, and all other pleadings and papers on file herein, and for good cause shown,

IT IS HEREBY ORDERED that the Motion is GRANTED.  The case is stayed pending a decision from the Supreme Court in *Facebook, Inc. v. Duguid*, 141 S.Ct. 193, 207 L. Ed. 2d 1118 (2020).  The parties shall promptly advise the Court by letter when the Supreme Court has issued its decision.

Dated: _____, 2021

_____
Hon. Vince Chhabria
United States District Judge