1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11   MATHEW HUFNUS, individually and on behalf )        CASE NO.:  3:20-cv-08701-VC
     of all others similarly situated,                 )
12                                                     )        [PROPOSED] ORDER
                                                       )        GRANTING DEFENDANT
           Plaintiff,                                  )        DONOTPAY, INC.'S MOTION
13                                                     )        TO STAY
14        v.                                           )
                                                       )
15   DONOTPAY, INC., a Delaware Corporation            )        Judge:  Hon. Vince Chhabria
                                                       )
16        Defendant.                                   )        Complaint Filed: December 9, 2020
                                                       )
17                                                     )

18

19

20

21

22

23

24

25

26

27

28

1    Defendant DONOTPAY, INC.'s Motion to Stay came on for hearing on February 25,

2  2021.  Having considered the papers filed in support of and opposition to said Motion, the

3  argument of counsel, and all other pleadings and papers on file herein, and for good cause shown,

4    IT IS HEREBY ORDERED that the Motion is GRANTED.  The case is stayed pending a

5  decision from the Supreme Court in *Facebook, Inc. v. Duguid*, 141 S.Ct. 193, 207 L. Ed. 2d 1118

6  (2020).  The parties shall promptly advise the Court by letter when the Supreme Court has issued

7  its decision.

8

9
   Dated: January 26      , 2021

10

11

12

13



14

15

16

17

18

19

20

21

22

23

24

25

26

27

28