UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW HUFNUS,<br><br>        Plaintiff,<br><br>    v.<br><br>DONOTPAY, INC.,<br><br>        Defendant. | Case No. 20-cv-08701-VC<br><br>**ORDER SETTING CMC** |

    An initial case management conference is scheduled for Wednesday, April 28 at 2 p.m. via zoom. In the case management statement due one week before the conference, the parties should include their positions on how the Supreme Court's decision in *Facebook v. Duguid* impacts the case moving forward.

    **IT IS SO ORDERED.**

Dated: April 5, 2021

_____

VINCE CHHABRIA
United States District Judge