UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW HUFNUS,<br><br>   Plaintiff,<br><br>v.<br><br>DONOTPAY, INC.,<br><br>   Defendant. | 20-cv-08701-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: June 24, 2021

_____
VINCE CHHABRIA
United States District Judge